EXHIBIT B

E-MAILS

1

On Friday, June 5, 2015, Russ Flaum

<russflaum@gmail.com> wrote:

Horrific night. Got yelled at in a

restaurant by my wife. Never felt so

crappy with her. She was so angry. I

am drained.

Will try to call if I can muster the energy.

Am I that horrible a person???

2

# Big Step

**Russ Flaum**

to me

May 17  Details

You have taken a big step toward a happier and healthier existence and I'm pleased that you consider me to be a part of it.  You have made me very proud of you.  I am thinking of you constantly.  Please remember that.

3

**Russ Flaum**
to me
6 hours ago  Details

Traci,

I know this has been a very difficult several weeks for you. So much emotion, so much hurt, so much pain, and lots of tears.

Thru it all, you have been courageous and resolved. You are undertaking a massive change, one that is well overdue and well deserved. You have handled it all with grace and sensitivity. You are an amazing and class individual. I am very proud of you and I have developed tremendous respect for you.

Please know that I will continue to be there for you.

to support you and love you.

You have made it easy for me to fall in love with you, despite all the drama. This course

Travel Safely

deserved. You have handled it all with grace
and sensitivity. You are an amazing and
class individual. I am very proud of you and
I have developed tremendous respect for
you.

Please know that I will continue to be there
to support you and love you.

You have made it easy for me to fall in love
with you, despite all the drama. This speaks
volumes to the true character you have.
What I saw in you from the start is this
sweet, kind, caring, bright, loving, and
beautiful woman. Nothing has changed my
view or my deep feelings.

Be strong today in the knowledge that your
future will be bright and full of love.

Your love,
Russ

Therapist   Trash



**Russ Flaum**
to me
May 19 Details

Sorry our chat was cut short. I will definitely call you tonight.

Please don't worry about the therapy meetings.

This needs to be about my relationship with Ginny for the past several years.

She and I both need to realize why we grew apart and why I fell out of love with her.

You need to know that I fell in love with you for a reason. I need to make sure that going forward, I can maintain my feelings for you and give you the happiness you so deserve.

I believe in my heart that I can.

Please know that.

Love,

Russ

5



**Russ Flaum**

Good but tough therapist session. Will call later. 🖤 👄

6

# Fwd: My Bedmate

R

**Russ Flaum**

---------- Forwarded message ----------

From: Russell Flaum

---------- Forwarded message ----------

From: **Russell Flaum**

<russellflaum@yahoo.com>

Date: Wednesday, May 20, 2015

Subject:

To: russflaum@gmail.com

7

## Russ Flaum

to me

May 20  Details

I hope your call with Jerry went well.

I really enjoyed our phone chat, even though it was a pretty serious one.

You make me smile whenever I think of you.





8

**Russ Flaum**

to me
May 21  Details

Thank you!

You look amazing!!!!!

**Russ Flaum**
to me
May 23 Details

You are so pretty...especially in a RF night shirt!
Thanks for sending it to me. It reminds me of how much I truly miss you.

10



**Russ Flaum**

I am happy you are in a safe place with RF all around you.

R

11



12



**Russ Flaum**
to me
May 24   Details

Do u have face time on your phone?

I can face time you in a little while

13

Russ Flaum

14

**Russ Flaum**

to me

May 25  Details

R

Can face time in about 1 hour

15

On Monday, May 25, 2015, Russ Flaum
<russflaum@gmail.com> wrote:
Need your phone number.  Had to erase it

16



**Russ Flaum**
to me

May 26  Details

Thx for your love and support.

Today was very difficult.  It is my fault.
Tomorrow is another day.

Keep smiling.

17

**Russ Flaum**
to me
10 days ago Details

Tried calling at 2:20. You must be playing.
Will call after I get back from dinner, around 9:15.

Hope all is well.

RF

18



Russ Flaum

to me
12 days ago  Details

Make that 4 times.

Good night.



**Russ Flaum**
to me
11 days ago. Details

It was fun seeing you happy to be playing with the girls.  You looked great.



**Russ Flaum**
to me
4 days ago. Details

Thank you.  It is hard to feel good about myself lately.
I'm glad that you still feel that I am a good person and that I am worthy of your love and respect.

On Friday, June 5, 2015

20



**Russ Flaum**
to me
4 hours ago  Details

I will be out shopping this afternoon and
then going to dinner with some friends.
I will try calling tonight if that will work for
you.
Hope you have a relaxing stress free day.
I have few of those types of days anymore.
I pray it will change in the near future.

On Saturday, June 20, 2015,

21



R  **Russ Flaum**
7 days ago

---------- Forwarded message ----------
From: Russell Flaum
<russellflaum@yahoo.com>
Date: Sunday, June 21, 2015
Subject:
To: russflaum@gmail.com

22







23





On Thursday, July 2, 2015, Russ Flaum <russflaum@gmail.com>, wrote:
You don't deserve to hear my frustrations. I will refrain going forward.
Please let me know when you want to hear from me.
I'm here for you...please know that.

25

On Sunday, July 5, 2015, Russ Flaum
<russflaum@gmail.com> wrote:
Hope you have a good visit with your
son and his friends.  I may run to the
store later for some food and can call
then.  Otherwise, will chat tomorrow late
morning or afternoon.

26

On Monday, July 6, 2015, Russ Flaum <russflaum@gmail.com> wrote:

Thinking of you. 

27

**Russ Flaum**

Do u have face time on your phone?
I can face time you in a little while

**Russ Flaum**
Pls email me when u get home ♥ ♥ ♥
♡♡♡♥♥♥♡♡♡



**Russ Flaum**



**Russ Flaum**

Someone loves you very much!
♥♥♥♡♡♡

28

# Russ Flaum

1 hour ago Details

to me

e loves you very much!



29







**Russ Flaum**
to me
13 days ago. Details

Thanks for the photo.
Thanks for trying to see my perspective on certain things. It tells me that you value my feelings and my views.  I shared my thoughts because I care about you and want the best for you.
Please continue to understand me.
♥ ♥ ♥ ◌ ◌ ◌

32

Thinking of you

**R** **Russ Flaum**
to me
2 days ago  Details

Today is my anniversary and the only person
I keep thinking about is you.
Need I say more?



**Russ Flaum**

AA 4262 Book seat 4F Same seat on

return flight

34

35

R

**Russ Flaum**

AA 4262 Book seat 4F Same seat on return flight

R

**Russ Flaum**