EXHIBIT C

T-SHIRT

5

Packing Slip

# TENNIS EXPRESS WEB ORDER
10770 WESTHEIMER RD
HOUSTON, TX 77042
713-435-4800

ORDER#: 1175415
SHIPPED DATE: May 23, 2015
SHIPPED VIA: UPS GROUND
PO #:

**ORDERED BY:**
RUSSELL FLAUM
1639 N BURLING ST
CHICAGO IL 60614
US

**SHIPPED TO:**
TRACI HYLLAND
3712 S. CLIFF AV.
SIOUX FALLS SD 57103
N/A
6053215894
US

| ITEM # | ATTR1 | SIZE | ATTR2 | DESCRIPTION | QTY |
|---|---|---|---|---|---|
| 646559-S15 | 401_CLEARWATER | XLARGE | | MENS ROGER FEDERER TENNIS TEE | 1 |
| 646559-S15 | 382_CYBER | XLARGE | | MENS ROGER FEDERER TENNIS TEE | 1 |

**ORDER NUMBER:** 1175415

| STYLE | DESCRIPTION | RETURN QUANTITY | REASON CODE | EXCHANGE FOR | DESCRIPTION |
|---|---|---|---|---|---|
| 646559-S15 | MENS ROGER FEDERER TENNIS TEE | | | | |
| 646559-S15 | MENS ROGER FEDERER TENNIS TEE | | | | |

**REASON FOR RETURN CODES:**

1 DAMAGED
2 DEFECTIVE
3 WRONG SIZE
4 WRONG COLOR
5 QUANTITY NOT AS EXPECTED
   PLEASE COMMENT

6 WRONG ITEM SHIPPED
7 CHANGED MIND
8 DUPLICATE ORDER
9 ORDERED WRONG ITEM
10 ARRIVED TOO LATE

14 OTHER - PLEASE SPECIFY

**COMMENTS:**
_____
_____
_____

**FROM:**
TRACI HYLLAND
3712 S. CLIFF AV.
SIOUX FALLS SD 57103
N/A
US

**SHIP TO:**
TENNIS EXPRESS WEB ORDER
10770 WESTHEIMER RD
HOUSTON, TX 77042

**COMMENTS**
CVV2: M , Zip : Y -- -- -- IP ADDY:
76.29.32.74 -- Repeat Customer: YES --
First Order Date: 05/17/2015

*1175415*

1175415

Packing Slip

# TENNIS EXPRESS WEB ORDER
10770 WESTHEIMER RD
HOUSTON, TX 77042
713-435-4800

ORDER#: 1175415
SHIPPED DATE: May 23, 2015
SHIPPED VIA: UPS GROUND
PO #:

ORDERED BY:
RUSSELL FLAUM
1639 N BURLING ST
CHICAGO IL 60614
US

SHIPPED TO:
N/A
US

| ITEM # | ATTR1 | SIZE | ATTR2 | DESCRIPTION | QTY |
|---|---|---|---|---|---|
| 646559-S15 | 401_CLEARWATER | XLARGE | | MENS ROGER FEDERER TENNIS TEE | 1 |
| 646559-S15 | 382_CYBER | XLARGE | | MENS ROGER FEDERER TENNIS TEE | 1 |

ORDER NUMBER: 1175415

| STYLE | DESCRIPTION | RETURN QUANTITY | REASON CODE | EXCHANGE FOR | DESCRIPTION |
|---|---|---|---|---|---|
| 646559-S15 | MENS ROGER FEDERER TENNIS TEE | | | | |
| 646559-S15 | MENS ROGER FEDERER TENNIS TEE | | | | |

REASON FOR RETURN CODES:
1 DAMAGED
2 DEFECTIVE
3 WRONG SIZE
4 WRONG COLOR
5 QUANTITY NOT AS EXPECTED PLEASE COMMENT
6 WRONG ITEM SHIPPED
7 CHANGED MIND
8 DUPLICATE ORDER
9 ORDERED WRONG ITEM
10 ARRIVED TOO LATE

14 OTHER - PLEASE SPECIFY

COMMENTS:

---

**Russ Flaum**

May 23 Details

You are so pretty...especially in a RF night shirt! It reminds me of how much I truly miss you.



