# EXHIBIT D

## CONTACT WITH FRIEND



**Russ Flaum**  Add to contacts 4/15/15

To Traci Hylland &

Why are you torturing me like that?

Of course I miss you.

I had a really nice chat with Anne. It is obvious to me that she is a wonderful friend.

I hope I made a good impression.



Messages  Details

**Anne**

to get into dinner.

I am sorry I just learned Russ called you.