EXHIBIT E

AIRLINE TICKET PURCHASE



**Russ Flaum**
AA 4262 Book seat 4F Same seat on return flight

R



American Airlines

**Ticket Issued:** Jun 27, 2015

# Anne Hayden,

Thank you for choosing American Airlines / American Eagle, a member of the oneworld Alliance. Below are your itinerary and receipt for the ticket(s) purchased. Please print and retain this document for use throughout your trip.

You may check in and obtain your boarding pass for U.S. domestic electronic tickets...

**Record Locator:** JYHNCB

## Itinerary

| Carrier | Flight # | Departing | Arriving | Fare Code |
|---|---|---|---|---|
| American | 3604 | SIOUX FALLS MON 13JUL 5:57 AM | CHICAGO OHARE 7:38 AM | L |

OPERATED BY ENVOY AIR AS AMERICAN EAGLE
CHECK-IN WITH AMERICAN EAGLE

Traci Hylland  Seat 7B  Economy

| American Airlines | 4262 | CHICAGO OHARE MON 13JUL 10:10 AM | HOUSTON GEO BUSH 12:56 PM | A |

OPERATED BY REPUBLIC AIRLINES AS AMERICAN EAGLE
CHECK-IN WITH AMERICAN EAGLE

Traci Hylland  Seat 4F  First  Lunch

| American Airlines | 4262 | HOUSTON GEO BUSH THU 16JUL 1:30 PM | CHICAGO OHARE 4:22 PM | A |

OPERATED BY REPUBLIC AIRLINES AS AMERICAN EAGLE
CHECK-IN WITH AMERICAN EAGLE

Traci Hylland  Seat 4F  First  Lunch

| American | 3645 | CHICAGO OHARE THU 16JUL 8:03 PM | SIOUX FALLS 9:46 PM | W |

OPERATED BY ENVOY AIR AS AMERICAN EAGLE
CHECK-IN WITH AMERICAN EAGLE

Traci Hylland  Seat 8C  Economy

| Passenger Ticket # | Fare - USD | Taxes and Carrier-Imposed Fees | Ticket Total |
|---|---|---|---|
| Traci Hylland  0012335569702103417 | | 118.26 | 1152.43 |

XXXXXXXXXXX5528  $ 1152.43