EXHIBIT F

VIDEO CONFERENCE



19