UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION



FILED
FEB 23 2017
CLERK

| | |
|---|---|
| RICHARD HYLLAND,<br><br>        Plaintiff,<br><br>vs.<br><br>RUSSELL FLAUM,<br><br>        Defendant. | 4:16-CV-04060-RAL<br><br>ORDER GRANTING MOTION FOR LEAVE TO FILE FIRST AMENDED ANSWER, AFFIRMATIVE DEFENSES, AND COUNTERCLAIM |

Defendant filed a Motion for Leave to File First Amended Answer, Affirmative Defenses, and Counterclaim. Doc. 25. The Plaintiff has no objection to the motion. Doc. 26. For good cause, it is hereby

ORDERED that Defendant's Motion for Leave to File First Amended Answer, Affirmative Defenses, and Counterclaim, Doc. 25, is granted.

DATED this 23rd day of February, 2017.

BY THE COURT:

ROBERTO A. LANGE
UNITED STATES DISTRICT JUDGE